■ JOSEPH GOTTLIEB v. PARK AVENUE OFFICES, INC., et al.— Motion to dismiss appeal granted, with $10 costs unless the appellant procures the record on appeal and appellant's points and all exhibits except plaintiff's Exhibit 3 if it cannot be found in its entirety, in which event so much as can be found shall be reproduced with a statement that the remainder of the exhibit was lost or mislaid, to be served and filed on or before February 28, 1961, with notice of argument for the April 1961 Term of this court, said appeal to be argued or submitted when reached. In all other respects, the motion is denied. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ In the Matter of SAM MALOOF v. ROBERT E. HERMAN, as State Rent Administrator.— Motion to dismiss appeal denied. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ JOSEPH R. WOLFSON et al., v. ARNOLD A. MANDELL et al.— Motion for a stay granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before February 28, 1961, with notice of argument for the April 1961 Term of this court, said appeal to be argued or submitted when reached. The stay contained in the order to show cause is continued pending the hearing and determination of the appeal. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ JOSEPH R. WOLFSON et al., v. ARNOLD A. MANDELL et al.— Motion to dispense with printing granted insofar as to dispense with the printing in the record on appeal of Exhibits II, III, III-A, III-B and III-C on condition that six photostatic copies of each of the aforesaid exhibits are filed with this court together with the record on appeal and appellants' points on or before February 28, 1961. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HY HILZEN.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ AUDIO FIDELITY, INC. v. EMANUEL VARDI.— Motion to dismiss appeal granted on consent. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ DALLAS TURNER et al. v. PENNSYLVANIA RAILROAD COMPANY.— Motion for leave to appeal as a poor person denied, without prejudice, however, to a renewal thereof upon proper papers. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.